IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION and THE STATE OF GEORGIA, by and through Samuel S. Olens, Attorney General, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION FILE NO. 1-11-CV-00058-WLS |
| v. | ) ) | |
| HOSPITAL AUTHORITY OF ALBANY-DOUGHERTY COUNTY, PHOEBE PUTNEY HEALTH SYSTEM, INC., PHOEBE PUTNEY MEMORIAL HOSPITAL, INC., PHOEBE NORTH, INC., HCA, INC., and PALMYRA PARK HOSPITAL, INC. | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **NOTICE OF FILING ORIGINAL DECLARATIONS**

Defendant, Hospital Authority of Albany-Dougherty County, hereby gives notice of filing the following original declarations:

1. Declaration of Annette Miller Allen;

2. Declaration of Fred Ghiglieri;

3. Declaration of Ralph S. Rosenberg;

4. Declaration of John Hayes;

5. Declaration of Charles Lingle; and

6. Declaration of Joel Wernick.

879024.1

Respectfully submitted this 16th day of May, 2011.

/s/ *Emmet J. Bondurant*
Emmet J. Bondurant, Esq.
Georgia Bar No. 066900
Frank Lowrey, Esq.
Georgia Bar No. 410310
Ronan Doherty, Esq.
Georgia Bar No. 224885
Michael A. Caplan, Esq.
Georgia Bar No. 601039
**Bondurant, Mixson & Elmore LLP**
3900 One Atlantic Center
1201 W. Peachtree Street
Atlanta, Georgia 30309
Telephone: 404-881-4100
Facsimile: 404-881-4111

E. B. Wilkin, Jr.
Georgia Bar No. 759500
**Perry & Walters, LLP**
P.O. Box 71209
Albany, Georgia 31708-1209
Telephone: (229) 439-4000

Karin A. Middleton
Georgia Bar No. 011235
**Baudino Law Group, PLC**
2409 Westgate Drive
Albany, Georgia 31707
Telephone: 229-883-0051
Facsimile: 229-888-6190

*Attorneys for Defendant Hospital Authority of Albany-Dougherty County*

**CERTIFICATE OF SERVICE**

I hereby certify that this 16th day of May, 2011 a copy of the foregoing **NOTICE OF FILING ORIGINAL DECLARATIONS** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| Edward D. Hassi<br>Email: ehassi@ftc.gov | Aimee H. Goldstein<br>Email: agoldstein@stblaw.com |
| Priya Viswanath<br>Email: pviswanath@ftc.gov | Charles Edward Peeler<br>Email: cpeeler@fpplaw.com |
| Stewart R. Brown<br>Email: Stewart.Brown@usdoj.gov | Jennifer Rie<br>Email: jrie@stblaw.com |
| Alex F. Sponseller<br>Email: asponseller@law.ga.gov | Kevin J. Arquit<br>Email: karquit@stblaw.com |
| Isaac Byrd<br>Email: lbyrd@law.ga.gov | Meryl G. Rosen<br>Email: mrosen@stblaw.com |
| Samuel Scott Olens<br>Email: agolens@law.ga.gov | Nicholas F. Cohen<br>Email: ncohen@stblaw.com |
| Sidney Ray Barrett, Jr.<br>Email: sbarrett@law.ga.gov | Paul C. Gluckow<br>Email: pgluckow@stblaw.com |
| James C. Egan, Jr.<br>Email: jim.egan@weil.com | Amy McCullough<br>Email: McCullough@baudino.com |
| John Hinton Parker, Jr.<br>Email: jparker@phrd.com | David J. Darrell<br>Email: darrell@baudino.com |
| Jonathan L. Sickler<br>Email: jonathan.sickler@weil.com | Edgar Baughn Wilkin, Jr.<br>Email: ewilkin@perrywalters.com |
| Lee Kavel Van Voorhis<br>Email: lee.vanvoorhis@bakermckenzie.com | Karin A. Middleton<br>Email: middleton@baudino.com |

Robert Michael Brennan
Email: bbrennan@phrd.com

and a copy by United States First Class Mail to the following Non-CM/ECF Participants:

Goldie V. Walker
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580

Peter C. Herrick
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580

Joseph S. Brownman
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580

Richard A. Feinstein
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580

Maria M. DiMoscato
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580

Sara Y. Razi
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580

Matthew Tabas
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580

Scott Reiter
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580

Matthew K. Reilly
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580

Thomas H. Brock
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580

Norman A. Armstrong
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580

W. Stephen Stockwell, Jr.
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580

Oscar Voss  
Federal Trade Commission  
Bureau of Competition  
600 Pennsylvania Avenue, NW  
Washington, DC  20580

Willard K. Tom  
Federal Trade Commission  
Bureau of Competition  
600 Pennsylvania Avenue, NW  
Washington, DC  20580

This 16th day of May, 2011.

*/s/ Emmet J. Bondurant*  
Emmet J. Bondurant, Esq.  
Georgia Bar No. 066900

879024.1