# EXHIBIT A

A resolution declaring the necessity for a Hospital Authority for the City of Albany and Dougherty County as follows, was adopted:

> A resolution entitled: A resolution declaring the necessity of creating a " Hospital Authority for the City of Albany and Dougherty County, Georgia" and for other purposes.
>
> Be it resolved by the Board of City Commissioners of the City of Albany Georgia, the Board of Commissioners of Roads and Revenues of Dougherty County, Georgia, concurring and it is hereby resolved by the Authority of

the same:

> Whereas the respective governing bodies of the City of Albany and County of Dougherty have information that there is an acute shortage of hospital facilities in this area and particularly in Dougherty County, and
>
> Whereas because of the fact that numerous defense projects have recently been located in or near Albany, the present hospital services are gravely inadequate, and
>
> Whereas the Authority aforesaid deems it advisable and to the best interest of the Community and beneficial to the welfare of the Citizens of Albany and Dougherty County that a Hospital Authority be created for the City of Albany and Dougherty County with the view of eliminating this condition by providing improvements and additional buildings to be used for these hospitals.
>
> Therefore, be it resolved of the Authority aforesaid that the Board of City Commissioners of the City of Albany, Georgia and the Board of Commissioners of Roads and Revenue of Dougherty County concurring, does hereby declare that there is a need for a Hospital Authority to function in Albany and Dougherty County, as contemplated under the Hospital Authority Law as passed by the General Assembly of Georgia at the 1941 Session thereof
>
> Be it further resolved by the Authority aforesaid that the Hospital Authority created herein is to function in the City of Albany and County of Dougherty jointly and shall be know as the Hospital Authority of Albany-Dougherty County Georgia.
>
> This resolution shall become effective immediately when concurred by the Board of Roads and Revenues of Dougherty County, Georgia.
>
> Be it further resolved by the Authority aforesaid that the Hospital Authority of Albany and Dougherty County shall consist of five trustees to wit:
>
> E. H. Kalmon, C. D. Tounsley, Hollis Lanier, Rosser Malone, and John T. Phillips who shall serve until July 1, 1943. At that time trustees shall be designated by the two respective governing bodies of the City of Albany and County of Dougherty to serve for terms of one, two, three, four and five years respectively from the date of their appointment, but thereafter, trustees shall be appointed as aforesaid for a term of office of 5 years, except that all vacancies shall be filled for the unexpired term. A trustee shall hold office until his successor has been appointed and qualified. A certificate of the appointment or reappointment

EXHIBIT A - 1

of any trustee shall be filed with the Clerk of the City of Albany and such certificate shall be conclusive evidence of the due and proper appointment of such trustee. All trustees shall be residents of Dougherty County, Georgia and subsequent removal therefrom will disqualify such members to serve as a trustee.

Be it resolved by the Authority aforesaid that the City of Albany and County of Dougherty shall have equal voting power with respect to matters put to the Hospital Authority.

Be it further resolved by the Authority aforesaid that all resolutions or parts of resolutions in conflict herewith be and the same are hereby repealed.

Signed/ W. B. Haley, Mayor

July 22, 1941

The Board of Commissioners of Roads and Revenue
of Dougherty County, Georgia