# EXHIBIT C

ON JULY 22, 1941, FIVE INDIVIDUALS WERE NAMED TO THE HOSPITAL AUTHORITY OF ALBANY-DOUGHERTY COUNTY, GEORGIA, WHICH WAS BEING CREATED AND WHICH BECAME A LEGALLY CONSTITUTED ENTITY ON AUGUST 8, 1941.

LATER, IT WAS DECIDED TO INCREASE THE SIZE OF THE AUTHORITY TO SEVEN MEMBERS, AND ON MARCH 1, 1959, TWO ADDITIONAL MEMBERS WERE ADDED.

LATER, IT WAS DECIDED TO INCREASE THE SIZE OF THE AUTHORITY TO EIGHT MEMBERS BY HAVING THE PRESIDENT OF THE MEDICAL STAFF SERVE ON THE AUTHORITY DURING HIS TENURE.  ON MAY 1, 1978, ONE ADDITIONAL MEMBER WAS ADDED.

**EXHIBIT C - 1**

BYLAWS

OF THE

HOSPITAL AUTHORITY OF ALBANY/DOUGHERTY COUNTY, GEORGIA

ARTICLE I

Name and Organization

Section 1.  In accordance with a joint resolution of the Board
of City Commissioners of the City of Albany and the Commissioners of
Roads and Revenues of Dougherty County, passed pursuant to the "Hos-
pital Authorities Law," of the State of Georgia, established a
Hospital Authority for the City of Albany and the County of Dougherty,
the official name of such Authority shall be "HOSPITAL AUTHORITY OF
ALBANY/DOUGHERTY COUNTY, GEORGIA."

Section 2.  The hospital operated by the Authority shall be known
as the Phoebe Putney Memorial Hospital.

Section 3.  The organization and government of said Authority
shall be in all respects, in conformity with the "HOSPITAL AUTHORITIES
LAW," and the joint resolution referred to, establishing the Authority.

Section 4.  Although the joint resolution which created the
Hospital Authority of Albany/Dougherty County, Georgia, deals primarily
with the establishment of this Authority, the members also take into
consideration the responsibility of appointing members to fill positions
on the Authority who are morally and intellectually eligible to serve
as representatives of this community and who are inclined to care for
the health needs of the people this Authority will be called upon to
serve.

EXHIBIT C - 2

ARTICLE II

Objectives

Section 1.  The objectives of the hospital shall be:

 a. To maintain an institution or institutions, with permanent facilities that include patient beds and medical services to provide diagnosis and treatment for patients.

 b. To carry on educational activities related to rendering care to the sick and injured, or to the promotion of health that in the opinion of the Board of Trustees may be justified by the available facilities, personnel, funds and other requirements that may be considered.

 c. To promote and carry on any scientific research, related to the care of the sick and injured, as may be determined feasible in the opinion of the Board of Trustees.

 d. To participate in the promotion of the general health of the community.

This hospital is organized exclusively for charitable, scientific and educational purposes as a not-for-profit operation and its activities shall be conducted for those purposes in such manner that no part of its net earnings shall inure to the benefit of any member, director, officer or individual.

ARTICLE III

Board of Trustees

Section 1.  Pursuant to said "Hospital Authorities Law," the affairs of the Authority shall be governed in all respects by a Board of Trustees which shall consist of not less than five nor more than nine members as shall be fixed from time to time by a resolution by the Commissioners of Roads and Revenues of Dougherty County, who shall make all board appointments.

**EXHIBIT C - 3**

Section 2. In carrying out their duties, the Board of Trustees shall provide for the proper management of the hospital, including the adoption from time to time of rules and regulations governing employees, patients and others coming into the hospital or on its grounds: prescribe rules and regulations governing the medical staff of the hospital; prescribe a schedule of rates and charges to be paid by patients for hospital facilities and services; provide for the purchase, construction or lease of buildings for use by the Authority as a part of or incident to the operation of the hospital, and the alteration and repair of such properties; provide for proper investment of all funds of the hospital; designate a bank or banks in the City of Albany in which the funds of the hospital shall be deposited and regulate the handling of such accounts; fix the amount of bond of any officer or employee of the hospital entrusted with the handling of its funds; receive and act as Trustee for any donations made to the Authority under the terms and conditions prescribed by the donor so long as such terms and conditions shall not be contrary to the "Hospital Authorities Law," and the joint resolution establishing said Authority; and perform any and all other acts as, in the discretion of the Board of Trustees, shall be needful and proper in the operation of the hospital for the benefit of the public.

## ARTICLE IV
### Meetings

Section 1. The Board of Trustees shall hold regular monthly meetings at 11:00 a.m. on the first Wednesday in each month. The regular meeting date can be changed for good cause in a given month by majority vote of the Board. Members must attend sixty percent (60%) of all meetings.

Section 2. The regular meeting in September shall be known as the annual meeting.

**EXHIBIT C - 4**

4

Section 3.  All meetings of the Board, either regular or special, shall be held at the hospital or such other place in Dougherty County as the Board may designate.  The Trustees shall be notified of the place of meeting if it shall be held at a place other than the hospital.

Section 4.  Special meetings may be called by the Chairman, or in his absence or in the event of his illness or disability, at the call of the Vice Chairman, or at the call of any three of the Trustees.

Section 5.  No notice of any kind shall be necessary with respect to regular monthly meetings.  Reasonable notice shall ge given of all special meetings.  All notices of special meetings shall be considered to be reasonable notice thereof within the meaning of this section unless any Trustee shall object to such notice as not having been given a reasonable time before such meeting and, in all events, a notice of any such special meeting given at least twelve hours before such meeting is to be held shall be considered as a compliance with these bylaws.  Notice of a special meeting may be given in person, by telephone, telegram or by mail.  Neither the business to be transacted, nor the purpose of any special meeting need be specified in the notice, or waiver of notice of such meeting, and in the absence of a limitation of such notice, the Board may transact any business which may be brought up at the meeting.

Section 6.  A majority of the Trustees in office shall constitute a quorum for the transaction of business.  The act of a majority of the Trustees present at a meeting at which a quorum is present shall be the act of the Board of Trustees.

ARTICLE V

Officers

Section 1.  The principal officers of the Authority shall consist of the Chairman and the Vice Chairman of the Board of Trustees, a Secretary, a Treasurer and an Administrator; and the subordinate officers shall consist of such officers and assistant officers and agents as may

**EXHIBIT C - 5**

be deemed necessary and elected or appointed by the Board of Trustees
at such time and in such manner and for such terms as the Board of
Trustees may prescribe.  Any two or more principal offices may be held
by the same person.  No person shall be eligible to be re-elected as
Chairman who at the time of each election has served in such capacity
for a period of five consecutive years immediately prior thereto.

Section 2.  All officers and agents of the Authority, as between
themselves and the Authority, shall have such authority and perform such
duties in the management of the affairs of the Authority as may be pro-
vided in this Code of Bylaws, or as may be prescribed and determined by
resolution of the Board of Trustees not inconsistent with these bylaws.

Section 3.  The officers of the Authority shall be chosen annually
by the Board of Trustees at its annual meeting or as soon after such
annual meeting as may conveniently be possible.  Except as may be other-
wise provided in a valid contract with an officer entered into pursuant
to a resolution of the Board of Trustees, all officers of the Authority
shall hold their offices at the pleasure of the Board of Trustees and
may be removed from office by the Board of Trustees with or without
cause.  The foregoing shall not be construed as limiting the authority
of the Board of Trustees to discharge an officer at any time.  However,
in the event of an existing contract for a term which has not expired,
such removal shall be without prejudice to the contract rights, if any,
of the person so removed or discharged.

Section 4.  Any vacancy in any office because of death, resignation,
removal, or any other cause shall be filled by the Board of Trustees at
its next regular meeting or as soon thereafter as may conveniently be
possible.

Section 5  The Chairman of the Board, who shall be chosen from
among the Trustees, shall preside at all meetings of the Board of
Trustees, if present, and shall be ex-officio, a member of all commit-
tees.  He shall appoint all committees.

**EXHIBIT C - 6**

Section 6.   The Vice Chairman of the Board shall perform the duties of the Chairman in the case of the absence or inability to act of the Chairman.

Section 7.   The Secretary shall keep or cause to be kept in books provided for the purpose the minutes of the meetings of the Board of Trustees; shall see that all notices are duly given in accordance with the provisions of this Code of Bylaws and as required by law; shall be custodian of the records and of the seal of the Authority and see that seal is affixed to all documents, the execution of which on behalf of the Authority under its seal is duly authorized in accordance with the provisions of this Code of Bylaws; and, in general, shall perform all duties incident to the office of Secretary and such other duties as may, from time to time, be assigned to him by the Board of Trustees.

Section 8.   The Treasurer's duties shall consist only of the general supervision of the manner and method of the handling, depositing and disbursing of the funds of the hospital, and such other duties relating to the finances of the hospital as shall be prescribed by the Board.   Unless otherwise expressly directed by the Board, the Treasurer shall not be expected to maintain actual custody of the funds nor act in connection with the disbursement thereof nor be responsible therefore, as the functions of handling, depositing and disbursing of the funds of the hospital to be performed by employees of the hospital as designated by the Board, and the persons so handling, depositing and disbursing funds to be bonded in such amounts as shall be fixed by the Board.

ARTICLE VI
Committees of the Board

Section 1.   Committees of the Hospital Authority shall be standing or special.   Standing committees shall be Finance, Planning, Physical

EXHIBIT C - 7

Plant, Internal Operations, and Professional Affairs.  The Professional
Affairs Committee will represent the Board in Joint Conference Committee
activities.  At a committee meeting, a quorum shall be one-half of the
number of members of the committee.  Each committee meeting shall have
an agenda and shall submit minutes of its meeting to the Board.

Section 2.  Members of the standing committees shall be appointed
by the Chairman of the Board of Trustees.  The administrator shall be an
ex-officio member of all standing committees.

Section 3.  Special committees may be appointed by the Chairman,
with the concurrence of the governing board, for such special tasks
as circumstances warrant.  A special committee shall limit its activities
to the accomplishment of the tasks for which it is appointed and shall
have no power to act except as specifically conferred by action of a
governing board.  Upon completion of the tasks for which appointed,
such special committees shall stand as charged.  The administrator shall
be an ex-officio member of any special committees that may be appointed.

Section 4.  The chairman of each committee shall be appointed by
the Chairman of the Board of Trustees.

ARTICLE VII

Administration

Section 1.  The Board of Trustees shall select and appoint a
competent Chief Executive Officer who shall be its representative in
the management of the hospital.  This Chief Executive Officer shall be
given the necessary authority and responsibility to operate the hospital
and all of its activities and departments, subject only to such policies
as may be issued by the Board of Trustees, or by any of its committees
to which it has delegated power for such action.  He shall act as the
duly authorized representative of the Board of Trustees in all matters
in which the Board has not formally designated some other person to act.

EXHIBIT C - 8

Section 2.   The authority and responsibility of the Chief Executive
Officer shall include:

    a.   Carrying out all policies established by the Board of
        Trustees and advising on the formation of these policies.

    b.   Developing and submitting to the Board of Trustees a
        plan of organization for the conduct of the hospital
        operation and from time to time to recommend such
        changes as may become necessary to this plan or organi-
        zation.

    c.   Prepare an annual budget to show the expected revenues
        by the Board of Trustees or by its Finance Committee.

    d.   Select, employ, control, and discharge employees, and
        develop and maintain personnel policies and practices
        for the hospital.

    e.   Maintain physical properties in a good and safe state of
        repair and operating condition.

    f.   Supervise the business affairs in such a manner as to
        insure that funds are collected and expended to the best
        possible advantage.

    g.   Work continually with other health care professionals
        to the end that high quality patient care may be rendered
        at all times.

    h.   Present to the Board of Trustees of its authorized committee
        periodic reports which will reflect the financial activities
        in the operation of the hospital and such other special
        reports as may be requested by the Board of Trustees.

    i.   Attend all meetings of the Board of Trustees and serve on
        all of its committees.

    j.   Serve as the liaison and channel of communication between the
        Board of Trustees and any of its committees and the medical
        staff and assist the medical staff with its organization and
        any other problems and responsibilities which it may request
        of him.

**EXHIBIT C - 9**

9

k.   Represent the hospital in all of its relationships with
     other health agencies and organizations in the community
     and in the scope of the operation of the hospital.

l.   Perform such other duties as may be necessary or in the
     best interest of the hospital.

ARTICLE VIII

Medical Staff of the Hospital

Section 1.  In December, the Board of Trustees shall appoint those
members of the Medical Staff who shall serve as members for the ensuing
two calendar years and may thereafter, during the ensuing calendar year,
appoint such additional members to the Medical Staff as the Board shall
deem proper.  The Board shall also have the authority to temporarily
suspend or remove any member of the Medical Staff.  It shall be the duty
of the Medical Staff, at least ten days prior to the regular meeting
of the Board of Trustees in December of each year, to make recommenda-
tions to the Board concerning appointments to the Staff for the ensuing
year.  Where any new application for appointment to the Medical Staff
shall thereafter be presented to the Board or there shall arise any
question concerning the removal of any member of the Staff, the same
shall be referred to the Medical Staff to furnish to the Board, within
ten days after such new application or question of removal has been
referred to the Staff, to transmit to the Board in writing the Staff's
recommendations with respect to any such matter.  The Board shall not
take action with respect to appointments to and removals from the Staff
without recommendations from the Medical Staff as set forth above
except where the Medical Staff shall fail to furnish to the Board its
recommendations as outlined above.  The Board, however, after consul-
tation with the Chief of the Medical Staff or with a majority of the
members of the Executive Committee of the Medical Staff, may temporarily
suspend the privileges of a member of the Staff until recommendations
may be secured from the Medical Staff with respect to the continued
membership of any such suspended member, if the Board deems that the

**EXHIBIT C - 10**

welfare of any patient or patients in the hospital or of the hospital
demands such action.  In such event, the Board shall immediately refer
such matter to the Medical Staff for its recommendations with respect
to the continued suspension, removal, or reinstatement of such member.

The Board shall carefully consider the recommendations of the
Medical Staff with reference to appointments, suspensions, and removals,
but shall not be bound thereby; provided, however, that where the Board
shall disagree with the recommendations of the Medical Staff, the Board
shall arrange a conference with the Chief of the Medical Staff or the
Executive Committee so that the matter may be discussed and the differ-
ences between the Board and the Medical Staff resolved, if possible.

Section 2.  The Medical Staff will formulate and forward to the
Board for approval bylaws governing applications for and appointments
to the Medical Staff, removal of any member thereof, and the conduct,
duties, and obligations of the Staff.  Such bylaws shall not impair
the right of the Board of Trustees to control who shall be appointed
members of the Staff and further the Board shall have the right to
remove any member of the Staff or deprive any physician or surgeon of
the privileges of the hospital whenever, in their judgment, the good
of the hospital, or the patients therein, may demand it.

When the Medical Staff member shall hold a medico-administrative
position, he shall receive the same careful consideration and due
process as all other Medical Staff members under the Medical Staff
bylaws, as they relate to his Medical Staff privileges.

Section 3.  The Medical Staff shall consist of active and associate
members and such other classifications and with such privileges and
obligations as shall, from time to time, be prescribed in the bylaws
of the Medical Staff which have been approved by the Board of Trustees.

Section 4.  The active staff, as defined by the bylaws of the
Medical Staff of the hospital, shall have general supervision and res-
ponsibility for the professional work of the hospital, and shall be

EXHIBIT C - 11

primarily responsible for providing medical service for the charity patients of the hospital.  The active staff shall report to the Board of Trustees quarterly or more often on the professional work of the hospital, the scope and contents of this report to be determined jointly by the Medical Staff and the Administrator, with the approval of the Board of Trustees.

Section 5.  The Medical Staff shall provide in its bylaws that each member abide by the Principles of Medical Ethics of the American Medical Association or by the Code of Ethics of the American Dental Association or other medical standards as the Board may set forth.

Section 6.  The Medical Staff shall provide in its bylaws an adequate method of review of decisions affecting the member, including hearings at each step of the review process.

ARTICLE IX

School of Nursing

Section 1.  When, in the opinion of the Board of Trustees, it is desirable to organize a School of Nursing, they shall appoint an advisory committee of physicians, selected from the active staff of the hospital, to assist the Administrator in formulating suitable policies for the development and management of such a school and to serve in an advisory capacity with the Administrator in providing suitable courses of instruction and training for the students.

ARTICLE X

Hospital Auxiliary

Section 1.  The Board of Trustees shall assist in the organization of an effective hospital auxiliary or association when in their judgment and that of the Administrator conditions for organizing such an association are favorable.

EXHIBIT C - 12

ARTICLE XI

Religious Ministrations

Section 1.  The Administrator shall respect the request of any patient for any spiritual advisor he or she may desire.

ARTICLE XII

Annual Reports

Section 1.  The Board of Trustees shall cause to be published an annual report setting forth in sufficient scope and detail the more important facts concerning the business management and professional work of the hospital.

ARTICLE XIII

Corporate Seal

Section 1.  The seal of the Authority shall be as follows:

ARTICLE XIV

Fiscal Year

Section 1.  The fiscal year of the Authority shall commence on the 1st day of August and shall end on the 31st day of July.

**EXHIBIT C - 13**

ARTICLE XV

Amendments

Section 1.  Anything herein to the contrary notwithstanding, these bylaws may be changed only by a majority vote of the members of the Board of Trustees at a meeting held for that purpose, notice of which has been given by the Secretary to each member of the Board at least ten days in advance of the meeting.

APPROVED: _____ February 5, 1986 _____

HOSPITAL AUTHORITY OF ALBANY/DOUGHERTY COUNTY, GEORGIA

_____
W. Harry Willson, Chairman

_____
Duncan Moore, Secretary

**EXHIBIT C - 14**