# EXHIBIT G



# Albany-Dougherty County Hospital Authority
## Lease Analysis

Prepared for Langley & Lee LLC on behalf of Albany-Dougherty County Hospital Authority

EXHIBIT G - 1

Hospital Authority Board Presentation

May 31, 2005

***PRIVILEGED***
Attorney - Client Communication
Attorney Work Product

# Executive Summary

## Study Highlights

The Board of Trustees of the Albany-Dougherty County Hospital Authority requested that PricewaterhouseCoopers complete a comparison of Phoebe Putney Memorial Hospital operations to relevant peer groups and national standards for the purpose of assisting in evaluating their obligations under the Lease Agreement. The analysis provides data to support the Trustees in evaluating the following questions with regard to the lessee's performance.

- Has the financial management been of a caliber that we are confident that the debt service will be met and the organization will continue to operate in the foreseeable future?
- Has the quality of care been at a level for the lessee to continue to participate in health insurance plans?
- Have the physical assets been adequately maintained? At the termination of the Lease, what are the assets that would be returned to us?
- Has the Lease resulted in a reduction of cost to the community?
- Has the lessee met its obligations regarding the delivery of care to the indigent?
- Has the lessee maintained its tax exempt status?

The analyses were completed through evaluation of available, comparative data sources. Phoebe Putney was compared to the Standard and Poor's AA rated medians and to the operations of comparable size hospitals that operate as Georgia Hospital Authorities as well as free-standing hospitals in the southeast of comparable size to Phoebe Putney and in counties of similar population to Dougherty County.

## Key Findings

**Has the financial management been of a caliber that we are confident that the debt service will be met and the organization will continue to operate in the foreseeable future?**

- From a Financial Management standpoint, Phoebe Putney maintains a "AA" bond rating, which represents a top rating for not for profit hospitals with outstanding tax exempt debt.
- Phoebe Putney's operating margin percent, long-term debt to capitalization, and liquidity ratios approximate or favorably exceed median "AA" values.
- Net patient revenue per admission and operating cost per admission are comparable to both the peer groups.

**Has the quality of care been at a level for the lessee to continue to participate in health insurance plans?**

- Phoebe Putney was compared to its peer group hospitals in the areas of quality using the quality indicators of inpatient mortality and complication rates, utilizing HealthShare One™ methodologies and 2003 MedPAR data.
- According to Healthshare One, Phoebe Putney compared favorably overall with the peer groups. In more than half the specific clinical quality comparisons, Phoebe Putney performed, on a relative basis, above the average. There were specific instances where the data indicated Phoebe Putney performed at or below the average of this peer comparison data.

EXHIBIT G - 2

It should be noted that at any hospital the major driver of quality of care is still the physician. Physicians control clinical care decisions, and through their actions and responsibilities control by far the majority of factors affecting quality of care.

**Have the physical assets been adequately maintained? At the termination of the Lease, what are the assets that would be returned to us?**

- Phoebe Putney's Average Age of Plant compares favorably to the median Standard and Poor's AA rated hospitals, indicating a more up to date facility and investment in current technology.

- Investment in plant and equipment has increased significantly over the term of the Lease, including $145 million on services and equipment beyond routine replacement and upkeep requirements. This includes a combination of updated facilities and expansion into specialized new service offerings (e.g., neonatal intensive care, hospice, and private practice residency programs)

**Has the Lease resulted in a reduction of cost to the community?**

- Costs to the community are evaluated based on average charges per admission, in which Phoebe compares favorably to its peers.

- More specific analyses include average charges by service line or Diagnosis Related Group ("DRG"). Charges and length of stay by service line (and severity adjusted) further support that Phoebe Putney's rates are reasonable and hospital inpatient stays compare favorably to its peers.

**Has the lessee met its obligations regarding the delivery of care to the indigent?**

- Phoebe Putney has met its requirement per the Lease Agreement to maintain indigent care at a level of at least 3% of gross revenues (adjusted for certain contractual adjustments and bad debts). Phoebe Putney significantly increased its charity care percentage over the last five years.

- Phoebe Putney provides a higher level of uncompensated charity care than the average of its Georgia peers.

**Has the lessee maintained its tax exempt status?**

- Hospitals maintain exempt status until revoked.

- Phoebe Putney compared favorably to other tax exempt providers in its peer groups when comparing community benefit as disclosed on Form 990.

- Phoebe has significantly invested in expanding service capabilities and access to an expanded service area during the term of the Lease.

EXHIBIT G - 3

 ## Study Highlights

- Has the financial management been of a caliber that we are confident that the debt service will be met and the organization will continue to operate in the foreseeable future?
- Has the quality of care been at a level for the lessee to continue to participate in health insurance plans?
- Have the physical assets been adequately maintained? At the termination of the Lease, what are the assets that would be returned to us?
- Has the Lease resulted in a reduction of cost to the community?
- Has the lessee met its obligations regarding the delivery of care to the indigent?
- Has the lessee maintained its tax exempt status?



# Overview of Study

- Objectives
- Peer Groups
- Findings
  - -Financial Management
  - -Quality Care
  - -Maintenance of and Investment in Physical Assets
  - -Costs to the Community
  - -Indigent Care
  - -Tax Exempt Status

PricewaterhouseCoopers

# STANDARD & POOR'S

## Peer Comparison Groups

UNITED STATES
GEORGIA
Atlanta
Augusta
Macon
Columbus
Savannah

UNITED STATES
TENN.
Nashville
Knoxville
Memphis
Winston-Salem
Greensboro
Raleigh
Charlotte
NORTH CAROLINA
SOUTH CAROLINA
Columbia
Augusta
Chattanooga
Huntsville
Atlanta
Birmingham
MISSISSIPPI
Jackson
ALABAMA
Montgomery
Macon
GEORGIA
Columbus
Savannah
Mobile

PricewaterhouseCoopers

Page 3

EXHIBIT G - 6

Financial Management

- Phoebe Putney maintains a "AA" bond rating
- Net patient revenue per admission and operating cost per admission are comparable to demographic and regulatory peer groups.
- Phoebe Putney's operating margin percent, long-term debt to capitalization, and liquidity ratios approximate or favorably exceed median "AA" values.

Financial Management

## Operating Margin Trend Comparison

Percent

9%
8%
7%
6%
5%
4%
3%
2%
1%
-1%

1999 2000 2001 2002 2003

◆ AA ▲ A ■ BBB ◎ Phoebe Putney Health System

Sources: Standard and Poor's US Not-For-Profit Median Health Care Ratios Reports
Phoebe Putney Health System Audited Financial Statement

PricewaterhouseCoopers

Page 5

EXHIBIT G - 8



Financial Management

## Net Patient Revenue per Admission[1]

($ 000's)
7
6
5
4
3
2
1999
2000
2001
2002
2003
Georgia Hospital Authority Peers
Phoebe Putney
SE Market Peers

[1]Adjusted for inpatient and outpatient volume and revenue, and differences in patient acuity levels.

Source: Solucient Provider View

PricewaterhouseCoopers

Page 6

EXHIBIT G - 9







Financial Management

## Operating Cost per Admission[1]

($ 000's)
6
5
4
3
2
1
1999
2000
2001
2002
2003
Georgia Hospital Authority Peers
Phoebe Putney
SE Market Peers

[1]Adjusted for inpatient and outpatient volume and revenue, and differences in patient acuity levels.

Source: Solucient Provider View

PricewaterhouseCoopers

Page 7

EXHIBIT G - 10

Financial Management

## Days Cash on Hand Trend Comparison

Days

350
300
250
200
150
100
50
0

1999 2000 2001 2002 2003

◆ AA ▲ A ■ BBB ● Phoebe Putney Health System

Sources: Standard and Poor's US Not-For-Profit Median Health Care Ratios Reports
Phoebe Putney Health System Audited Financial Statements

EXHIBIT G - 11



Financial Management

## Long Term Debt to Capitalization Trend Comparison

Sources: Standard and Poor's US Not-For-Profit Median Health Care Ratios Reports
Phoebe Putney Health System Audited Financial Statements

EXHIBIT G - 12



## Quality of Care

- Utilized HealthShare One™ methodologies and 2003 MedPAR data to compare quality.
- Phoebe Putney compared favorably overall with the peer groups.
- Major driver of quality of care is still the physician.



## Maintenance of and Investment in Physical Assets

- Phoebe Putney's Average Age of Plant compares favorably to the median Standard and Poor's AA rated hospitals.
- Investment in plant and equipment has increased significantly over the term of the Lease.

Maintenance of and Investment in Physical Assets

## Average Age of Plant Trend Comparison

Years
11.0
10.5
10.0
9.5
9.0
8.5
8.0
7.5
7.0
1999
2000
2001
2002
2003
AA
A
BBB
Phoebe Putney Health System

Sources: Standard and Poor's US Not-For-Profit Median Health Care Ratios Reports
Phoebe Putney Health System Audited Financial Statements



## Cost to the Community

- Phoebe compares favorably to its peers based on average charge per admission.
- Charges by service line indicate reasonable rates compared to peer groups.
- Inpatient stays compare favorably to peer groups.

# Cost to the Community

## Charges per Admission[1]

($ 000's)

25
20
15
10
5

1999 2000 2001 2002 2003

◆ Georgia Hospital Authority Peers ◉ Phoebe Putney ▲ SE Market Peers

[1]Adjusted for inpatient and outpatient volume and costs.

Source: Solucient Provider View

PricewaterhouseCoopers

Page 14

EXHIBIT G - 17



# Cost to the Community

## Phoebe Putney as compared to Georgia and Southeastern Hospital Peer Groups

| | Charges per Admission ($s) Low | High | Length of Stay(Days) Low | High |
|---|---|---|---|---|
| Gastrointestinal | $ 16,600 | $ 30,866 | 5.50 | 6.90 |
| | $ 13,142 | $ 30,866 | 5.60 | 7.00 |
| Head & Neck | $ 13,019 | $ 25,071 | 4.20 | 6.20 |
| | $ 10,469 | $ 22,611 | 4.40 | 6.90 |
| Heart | $ 18,419 | $ 27,073 | 4.00 | 5.20 |
| | $ 16,232 | $ 27,072 | 4.20 | 5.90 |
| Lungs | $ 10,920 | $ 17,684 | 4.80 | 7.30 |
| | $ 9,438 | $ 21,972 | 4.80 | 7.30 |
| Medical- Other | $ 12,227 | $ 19,519 | 5.90 | 6.40 |
| | $ 10,115 | $ 22,581 | 6.40 | 9.90 |
| Orthopedics | $ 20,480 | $ 37,109 | 4.80 | 6.30 |
| | $ 15,260 | $ 32,875 | 4.70 | 6.40 |
| Surgery | $ 18,969 | $ 33,043 | 4.60 | 7.10 |
| | $ 16,965 | $ 42,102 | 4.60 | 9.40 |

● Phoebe Putney ■ Georgia Hospitals ■ Southeastern Hospitals

Source- Analysis based upon HealthShare One™ MedPAR Southeast Region 2003 data

EXHIBIT G - 18



## Indigent Care

- Phoebe Putney has met its requirement under the Lease Agreement to maintain indigent care at a level at or above 3% of gross revenues.
- Phoebe Putney consistently exceeded the 3% during the Lease period.
- Phoebe Putney provides a higher level of uncompensated charity care than the average of its Georgia peers.

# Indigent Care

## Indigent/Charity Care Deductions as % of Charges[1] since Lease Inception

Percent: 16%, 14%, 12%, 10%, 8%, 6%, 4%, 2%, 0%

Years: 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003

Legend: ◆ Lease requirement ● Phoebe Putney Health System

[1]Charges as described in lease agreement

Source: Annual Hospital Financial Survey Georgia Department of Community Health



# Indigent Care

Indigent/Charity Care Deductions as % of Charges[1] Comparison
Percent
16%
12%
8%
4%
0%
1999
2000
2001
2002
2003
Georgia Hospital Authority Peers
Phoebe Putney

[1]Charges as described in lease agreement

Source: Annual Hospital Financial Survey Georgia Department of Community Health

PricewaterhouseCoopers

Page 18

EXHIBIT G - 21



Indigent Care

# Indigent/Charity Care Patient Origin by County

Number of Indigent/Charity Care Patient Encounters
40000
35000
30000
25000
20000
15000
10000
5000
0
1999
2000
2001
2002
2003
Dougherty
Lee
Terrell
Worth
Mitchell
Other

Source: Annual Hospital Financial Survey



## Tax Exempt Status

- Hospitals maintain exempt status until revoked.
- Phoebe Putney compared favorably to its peer groups on reported community benefit disclosed on Form 990.
- Phoebe Putney has significantly invested in expanding service capabilities and access to an expanded service area during the term of the Lease.



Tax Exempt Status
Total Contributions to the Community
($ Millions)
$70
$60
$50
$40
$30
$20
$10
$0
1999
2000
2001
2002
2003
Phoebe Putney
Source: Phoebe Putney Memorial Hospital Financial Audited Financial Statements
PricewaterhouseCoopers
Page 21

# Tax Exempt Status

## At Lease Inception

Phoebe Putney Memorial Hospital

★ Phoebe

Primary Service Area
Secondary Service Area

## Current

Phoebe Putney Memorial Hospital

- ★ Phoebe
- Phoebe Worth Medical Center
- Phoebe Family Medical Centers
- ▲ Hospital Management Agreement
- Oncology Off-site Treatment
- ▼ Phoebe Home Care
- Hospice Service Area
- Phoebe Northwest
- Phoebe East
- ConvenientCare South
- Meredyth Place
- Mobile Mammography
- Critical Care Transport
- Morningside Assisted Living
- Gateway to Care
- Network of Trust
- Cancer Transport Services
- Ask-A Nurse

Primary Service Area
Secondary Service Area



# Discussion