# EXHIBIT I

# Phoebe Putney Memorial Hospital

## Annual Report to Hospital Authority of Albany/ Dougherty County

November 2007

EXHIBIT I - 1

# Restructuring Inacted 1990

- Historical trends
- Current activities

EXHIBIT I - 2

# Restructuring Outcomes

EXHIBIT I - 3



# 2006 Patient Origin

Other
26%
Dougherty
48%
Worth
7%
Terrell
5%
Mitchell
5%
Lee
9%

Source: GA Discharge Data System

**EXHIBIT I - 4**

# A Mandate for Care Close to Home

Electrophysiology or EP is the management of cardiac arrhythmias. EP procedures are performed by physicians specializing in prevention, diagnosis and treatment of heart rhythm disorders. Arrhythmia treatment may include ablation, pacemaker insertion or implantable cardioverter-defibrillator insertion.



Admissions

23,000
21,000
19,000
17,000
15,000
88
89
90
91
92
93
94
95
96
97
98
99
00
01
02
03
04
05
06
07

**EXHIBIT I - 6**



Gross Revenue
Millions
1,200.0
1,000.0
800.0
600.0
400.0
200.0
-
88
89
90
91
92
93
94
95
96
97
98
99
00
01
02
03
04
05
06
07

EXHIBIT I - 7



Net Worth
Millions
600
500
400
300
200
100
0
88
89
90
91
92
93
94
95
96
97
98
99
00
01
02
03
04
05
06
07

EXHIBIT I - 8



KAUFMAN
Strategic Advisors, LLC

# Operating Margins of the Top Insurers

Operating Margins of the Top Insurers, 2003 – 2005
2003
2004
2005
Operating Marg
14%
12%
10%
8%
6%
4%
2%
0%
Aetna
WellPoint
UnitedHealth Group
Cigna
3%

Source: Hoovers. Data from January 2007. Link: www.hoovers.com.
(1) 2004 operating margin data for WellPoint include both pre- and post-merger data for the merger with Anthem in November 2004

All Rights Reserved © Kaufman Strategic Advisors, LLC N8@kaufmansa.com (858) 487-9771 (M07FvsFv8.ppt)

EXHIBIT I - 9





Per Capita Spending
$4,500 to <$5,800 (72)
$5,800 to <$6,300 (60)
$6,300 to <$6,800 (55)
$6,800 to <$7,200 (45)
$7,200 to $11,600 (74)
Not populated

EXHIBIT I - 10

# Headline News

**Gwinnett Medical cuts costs by eliminating 72 jobs**
*Atlanta Journal-Constitution*
June 30, 2007

**Medicare Cuts to Be Painful**
*Wall Street Journal*
February 06, 2007

**Expansion, indigent care drive hospital increase**
Macon Telegraph

**Grady Bleeds; find Rx**
*Atlanta Journal-Constitution*
August 11, 2006

**Gwinnett County OKs $25 million for hospital**
Gwinett Daily Post
11/22/2006

**Hospitals face escalating cost for charity care**
The Recorder

**Bibb commissioners struggle with indigent care funding**
*Macon Telegraph*
May 2007



# County Support of Regional Medical Centers 2005

**Source: DCH Annual Hospital Survey, 2005**

**EXHIBIT I - 12**

# No Burden to the Taxpayers

| | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|
| School Nurse Program | 151,000 | 430,000 | 393,000 | 371,000 | 639,000 |
| Prisoner Care | | 301,000 | 963,000 | 574,000 | 1,183,000 |
| South Albany Convenient Care | | | | 500,000 | |
| Ad Valorum Taxes | | 1,884,965 | 1,874,220 | 1,888,950 | |
| | 151,000 | 2,615,965 | 3,230,220 | 3,333,950 | 1,822,000 |

*Additional Funding Provided:*

- Drainage Commitment - $1,052,000
- Repayment to County of Millage Received ('97-'02) - $9,414,750





RAMP BUILDERS
taking volunteering to new heights.
SOUTHWEST GEORGIA COUNCIL ON AGING
& PHOEBE PUTNEY MEMORIAL HOSPITAL

EXHIBIT I - 14

# School Nurse Program Students Served

Student Contacts
90000
80000
70000
60000
50000
40000
30000
20000
10000
0
Fiscal Year 2003
Fiscal Year 2004
Fiscal Year 2005
Fiscal Year 2006
Projected 2007

6 Middle Schools
5 High Schools
16 Elementary this year
**$2.07 million cost to date**

**EXHIBIT I - 15**

2007 Men's Health Conferenc

# Screening Resu

Abnormal / High Results found in 460 men who participated

45%
40%
35%
30%
25%
20%
15%
10%
5%
0%
Abnormal / High Results
Blood Pressure -- 183 @ 40%
Glucose -- 132 @ 29%
Cholesterol, Borderline (under 240) -- 110 @ 24%
Cholesterol, High (over 240) -- 46 @ 10%
PSA -- 12 @ 3%

EXHIBIT I - 16





Phoebe
HealthLine

- 30-minute format
- More topics per show
- Broader reach

TUNE IN THURSDAY, JULY 19 AT 7 PM ON WFXL FOX 31 FOR
Phoebe
HealthLine
Hosted by Melissa Hodges
AIRING AGAIN ON JULY 22

EXHIBIT I - 17

# FACILITY MASTERPLAN

- 1990 PLAN NEARING COMPLETION
- 2020 PLAN IN DEVELOPMENT
- EXTENSIVE RENOVATION
- AVERAGE AGE OF PLANT BELOW PEERS
- NO KNOWN EQUIPMENT DEFICIENCIES
- LESS VISIBLE INFRASTURTURE IN PLACE
- INFO SYSTEM HOME STILL DEBATED



EXHIBIT I - 19

# Phoebe Medical Tower II

## View Facing West on Second Avenue



**EXHIBIT I - 20**

Willson
HOSPICE
HOUSE

☐**Free-standing inpatient Hospice Facility to include:**

- 18-Private rooms
- Family kitchen & dining
- Well-equipped playroom
- Non-denominational chapel
- Library

<u>Location under contract</u>

Westover Road south of Gillionville Road intersection

Funding Goal:

$7 million

Total Funds Raised:

**$5.4 million**

PEACH
PHOEBE EMPLOYEES
ACTIVE in COMMUNITY HEALTH

Employees contributed:

$900,000

Morningside Assisted Living
Entry Allee
Independent Living Entry
Assisted Living, Alzheimer's Entry
BEATTIE ROAD
30 New Assisted Living Beds
Renovation
New Parking
Existing Assisted Living
Phase 1 36 Alz. Beds
New Parking
Phase 2 18 Alz Beds
Service Entry
Generous Buffer
North

12 480 sf A Veranda Units
**36 582 sf B 1-Bedroom Units**
**24 660 sf C 1-Bedroom Units**
**24 881 sf D 2-Bedroom Units**

**96 Total IL Units** (require 192 IL parking spaces)
Approximately 95,000 GSF

[illegible]ebe Putney Senior Living

Scheme C

**EXHIBIT I - 22**



MRI&
Imaging
of Albany
An affiliate of Phoebe Putney Memorial Hospital

EXHIBIT I - 23



EXHIBIT I - 24



**EXHIBIT I - 25**

# Foundation for the Future



EXHIBIT I - 26

# A Promise for the Future

New Medical Tower
New South Patient Tower
Future Specialty Tower
Existing Parking Deck – Expanded for Additional Capacity

# Primary Care is First

1996-2007
Family Medicine
Residency

Goal - 60/60 rule

EXHIBIT I - 28

# Medical College of Georgia

MEDICAL COLLEGE OF GEORGIA
GEORGIA'S HEALTH SCIENCES UNIVERSITY
1828

- First MCG off-site clinical campus
- Third and Fourth Year Medical Rotation

EXHIBIT I - 29

# QUESTIONS?

EXHIBIT I - 30