# EXHIBIT L

# HOSPITAL AUTHORITY OF ALBANY–DOUGHERTY COUNTY

## DECEMBER 21, 2010

EXHIBIT L - 1

# Caring for a Region
# Where Patients Live



EXHIBIT L - 2

# Restructuring Outcomes



## 1990 – One Location



Primary Service Area

Secondary Service Area



## 2006 – 35 counties

★ Phoebe
❀ Phoebe Worth Medical Center
■ Phoebe Family Medical Centers
▲ Hospital Management Agreement
✿ Oncology Off-site Treatment
▼ Phoebe Home Care
✖ Hospice Service Area
◆ Phoebe Northwest
  - Physical Medicine, ConvenientCare
✖ Phoebe East
  - ConvenientCare

◆ ConvenientCare South
✦ Meredyth Place
✦ Mobile Mammography
▼ Neonatal Transport
✖ Critical Care Transport
■ Morningside Assisted Living
✦ Gateway to Care
✦ Network of Trust
● Cancer Transport Services
■ Ask-A-Nurse

EXHIBIT L - 3

# PHOEBE PUTNEY HEALTH SYSTEM
# FUTURE AFFILIATE GROUP



*Updated 12-10*

**EXHIBIT L - 4**

# System Employee Growth



*Cuthbert not included*

**EXHIBIT L - 5**

# PAYROLL



*FY10 - Unaudited*

EXHIBIT L - 6

6

# Phoebe Putney Health System Growth Strategy
# Economic Impact

Direct Impact
## $389 million

Total Impact
## $963.4 million

2009 GHA Economic Impact Report

**EXHIBIT L - 7**

# LICENSED BEDS



EXHIBIT L - 8                                    8



Patterns for referral goals

EXHIBIT L-9

# PPMH Growing Need for ICU Beds

• ICU divert averages have increased
(171 hours



EXHIBIT L - 10

10

# Expanded Market Opportunities



Phoebe Primary Service Area

Phoebe Secondary Service Area

Phoebe Tertiary Service Area

EXHIBIT L - 11     11



EXHIBIT L - 12

12



EXHIBIT L - 13



Analysis of opportunity in regional emergency care network

EXHIBIT L - 14
14



Morningside Assisted Living

Ashburn

Albany

Sylvester

EXHIBIT L - 15

# CAPACITY CHALLENGES

▸ INTENSIVE CARE DIVERT

▸ REHABILITATION BEDS

▸ NICU UTILIZATION

EXHIBIT L - 16

# HOW TO ADDRESS CAPACITY ISSUE?

▸ BUILD?

▸ BUY?

EXHIBIT L - 17

# STRATEGIC CONSEQUENCES

- IMMEDIATE ADDITIONAL 250 LICENSED BEDS
- AVOIDANCE OF COSTLY AND DISRUPTIVE CONSTRUCTION
- ADDITIONAL REVENUE
- ECONOMIES OF SCALE
- PRE–REFORM POSTERING INFRASTRUCTURE
- CENTER OF EXCELLENCE FOCUS….TRAUMA CTR

- MUST INVEST HEAVILY IN EXSITING CAMPUS W/O ASSURANCE OF TIMELY APPROVAL OR ADDITION OF LICENSED BEDS
- LIMITED FUTURE ECONOMIES
- STUNTED FUTURE MARKET SHARE ACCUMULATION AND JOB GROWTH
- DISTRACTION FROM MISSION ATTAINMENT

**BUY**

**DON'T BUY**

EXHIBIT L - 18

# PPHS STRATEGIC DECISION

- AUTHORIZE MANAGEMENT TO APPROACH HCA
- HCA HAS AGREED TO SELL(HIGHLY CONFIDENTIAL!)
- TRANSACTION STRUCTURE IS AS IN PAST …ALBANY/DOUGHERTY COUNTY HOSPITAL AUTHORITY IS OWNER(purchaser) AND PPHS IS LESSEE(operator)
- TRANSACTION HAS BEEN NEGOTIATED…SUBJECT TO AUTHORITY APPROVAL AND PUBLIC VOTE.

EXHIBIT L - 19

# HCA WILL SELL UNDER THESE TERMS

▸ PURCHASE PRICE $195,000,000

▸ BREAKUP FEE OF $35,000,000

▸ CLOSE ASAP…..

▸ ASSET PURCHASE AGREEMENT

**EXHIBIT L - 20**

# KEY ACTION ITEMS

- PPHS AUTHORIZATION
- APA NEGOTIATION
- ALBANY/DOCO HOSPITAL AUTHORITY PUBLIC APPROVAL...(DECEMBER 21,2010)
- CASH AT  CLOSING....FINANCING TO FOLLOW
- TRANSITION AGREEMENT
- NEWCO with NEW BOARD(temporary solution)

**EXHIBIT L - 21**

# TOTAL ADMISSIONS 2009

**GHA data shows 20,901 hospital admissions come from Dougherty, Lee, Mitchell, Terrell and Worth Counties.**

*More seek care outside Dougherty County than are treated at Palmyra*

|  | Phoebe | Palmyra | Other | Total |
|---|---|---|---|---|
| **Medicare** | 4,195 | 1,735 | 1,349 | 7,279 |
| **Medicaid** | 5,244 | 246 | 1,069 | 6,559 |
| **Blue Cross** | 1,461 | 161 | 364 | 1,986 |
| **Other Commercial** | 1,049 | 346 | 544 | 1,939 |
| **Other** | 2,315 | 313 | 510 | 3,138 |
| **TOTAL** | **14,264** | **2,801** | **3,836** | **20,901** |

EXHIBIT L - 22

# Total Assets



# DEBT to EQUITY



# Net Worth



*FY10 - Unaudited*

**EXHIBIT L - 25**

25

# OPERATING INCOME



*FY10 - Unaudited*

**EXHIBIT L - 26**

26

# Operating Income vs. Average Rate Increase vs. CPI



EXHIBIT L - 27

# PPI Cash & Investments



EXHIBIT L - 28

28

# Questions?





EXHIBIT L - 29