# EXHIBIT Q

# An **Analysis** of **Hospital Consolidation**

EXHIBIT Q - 1

# Caring for a Region Where Patients Live



Other 26%

Dougherty 46%

Worth 8%

5%

Terrell

5%

Mitchell

10%

Lee

Source:  GA Discharge Data System; year ending 9/30/2010

EXHIBIT Q - 2



Americus

Cordele

Cuthbert

Ashburn   Fitzgerald

**Albany**

Sylvester

Tifton

Patterns for referral goals

Camilla

Pelham   Moultrie

Valdosta

Thomasville

**The Authority first asked the Administration to look into the possibility of buying Palmyra in 1987.**

# Role of Hospital Authority

• The Authority owns all assets and leased all assets to Phoebe Putney Memorial Hospital in 1990.

• The Authority monitors the compliance with lease terms through periodic reporting and audited financial statements.

**EXHIBIT Q - 4**

# Role of Hospital Authority

• The Authority is appointed by the County Commission and is made up of respected members of the community:

**Ralph Rosenberg,** Chairman and retired Businessman
**Rev. H.B Johnson**, Friendship Baptist Church
**John Hayes**, County Commissioner
**Fred Ghiglieri**, Retired Procter & Gamble
**John Inman, MD**, Obstetrician
**Lamar Reese**, former County Commission Chairman and
         School  Board Chairman
**Dr. Eugene Sherman, Jr.,** Albany State University Professor
**Stephen C. Wolinsky, DO**, Chief of Medical Staff, PPMH
**Charles Lingle, DVM**, former County Commissioner

**EXHIBIT Q - 5**

# Strategy for Growth:

## *Ensuring Access to Care is Local*

In 1990 the authority restructured to be able to deliver healthcare outside of Dougherty County. As a result, the Hospital Authority's assets have grown six-fold.



1990 - One Location



2010 - 35 Counties

★ Phoebe Putney Memorial Hospital
❙ Phoebe Worth Medical Center
◆ Phoebe Sumter Medical Center
■ Phoebe Family Medical Centers
▲ Hospital Management Agreement
✿ Oncology Off-site Treatment
▼ Phoebe Home Care
✴ Hospice Service Area
◆ Phoebe Northwest
   - Physical Medicine, ConvenientCare
✴ Phoebe East - ConvenientCare

◆ MRI & Imaging of Albany
◀ Meredyth Place
▼ Neonatal Transport
✴ Critical Care Transport
■ Morningside Assisted Living
◆ EKGs in EMS units
✿ Network of Trust
● Cancer Transport Services
■ Perinatal Region Counties
▼ Phoebe Wound Care
◆ Phoebe Rheumatology

Primary Service Area
Secondary Service Area

PHOEBE PUTNEY HEALTH SYSTEM

EXHIBIT Q - 6

# Phoebe is the region's largest employer and biggest economic driver

1990 - **1,500 employees** at PPMH

Today - **4,300 employees** in Southwest Georgia

Wages - more than **$225 million annually**

EXHIBIT Q - 7

# Unmet Needs

*But even with growth there are areas where we have more demand for services than we can currently meet:*

‣ Not enough intensive care beds (on divert status average of 6 times monthly)

‣ Not enough rehab beds

‣ Neonatal Intensive Care at capacity and beyond

*Current hospital configuration does not allow for expansion.*

EXHIBIT Q - 8

# Unmet Needs

*But even with growth there are areas where we have more demand for services than we can currently meet:*

▸ Dedicated robotic surgical area

▸ Growing medical education center needs space for students

▸ Patients want more private rooms

*Current hospital configuration does not allow for expansion.*

EXHIBIT Q - 9

# How to address capacity issue?

Buy?   Build?

# Strategic Consequences

| Buy | Build |
|-----|-------|
| ▸ Can meet current demand quicker | ▸ Must invest heavily in existing campus w/o assurance of timely approval or addition of licensed beds |
| ▸ Immediate additional 250 licensed beds | |
| ▸ Avoidance of costly and disruptive construction | ▸ Limited future economies |
| ▸ Economies of scale | ▸ Stunted future market share and job growth |
| ▸ Infrastructure | ▸ Delay in meeting current demands for expanded service |
| ▸ Opportunity for Center of Excellence focus, such as a Trauma center | ▸ Physical constraints of on-campus expansion |

**EXHIBIT Q - 11**

# A Strategic Decision:
## Palmyra Consolidation Process

- HCA is a willing seller.

- HCA required strict confidentiality during appraisal and negotiating process.

- Authority is an able and willing buyer.

- Authority will own the facility and operate it within the current organizational structure.

- Authority voted in a public meeting to purchase Palmyra on terms negotiated over several months.

**EXHIBIT Q - 12**

# Buy or Build?

## Buy is more cost efficient by 2:1.

|  | Cost | beds | Cost per bed |
|---|---|---|---|
| **Palmyra** | $195 million | 248 | **$786,300** |
| **Phoebe Sumter** | $125 million | 76 | **$1,644,737** |

EXHIBIT Q - 13

# **Benefits of Consolidation**

▸ Immediate addition of 248 beds to meet demand for high level services

▸ No negative impact on taxpayer. Phoebe will make voluntary payments to the county in lieu of taxes to prevent loss of local revenue.

▸ Assimilation of Palmyra workforce. Jobs remain in place.

# Benefits of Consolidation

▸ Pricing strategy remains below the medical CPI. Economies of scale will keep prices down.

▸ Future immediate growth for clinical areas

▸ Expedite trauma center desigination

▸ More room for medical and nursing education

# Benefits of Consolidation

▶ Job creation as expansion of Phoebe services continue

▶ Local ownership and governance under not-for-profit reinvestment strategy

▶ More private rooms

▶ Development of central logistics center for system hospitals and other regional facilities

# Benefits of Consolidation

## Job Creation

Building a long-term acute care facility **($15 million)** would create up to

## 300 new jobs





EXHIBIT Q - 17

# Pricing

▸ Prices will be limited by better efficiences through economies of scale and by not-for-profit status in replacing an absentee-owned for-profit facility.



## 2010 Average Charge for Uncomplicated Vaginal Delivery Regional Perinatal Centers

Source: GA Price Check, July 2009 - June 2010

**EXHIBIT Q - 19**

# Impact on Palmyra Employees

▸ All eligible Palmyra employees will be hired and must meet Phoebe requirements for drug screen, background checks

▸ All will be signed up for Phoebe benefits

▸ No reduction in current pay rates

▸ No reduction in workforce planned

**EXHIBIT Q - 20**

# Expanded Market Opportunities



- Phoebe Primary Service Area
- Phoebe Secondary Service Area
- Phoebe Tertiary Service Area

# Where is Transaction Today?

▸ Extensive due diligence

▸ Real estate title searches

▸ Transfer of multiple state and federal licenses

▸ Compliance with various federal and state regulations, Medicare, Medicaid and State Fire Marshal

▸ Joint Commission

# **Future Outcomes**

▸ Better health care in our region

▸ Continue to provide world–class medicine

▸ Control costs to lowest possible

▸ Grow employment

▸ Continue to be significant economic engine for Southwest Georgia

# Questions?