# EXHIBIT R



**EXHIBIT R**