# EXHIBIT A

# Phoebe Putney Memorial Hospital

## Annual Report to Hospital Authority of Albany/ Dougherty County

### November 2007

EXHIBIT "A"

# Restructuring Inacted 1990

- Historical trends
- Current activities

# Restructuring Outcomes







# 2006 Patient Origin

Source: GA Discharge Data System

# A Mandate for Care Close to Home

Electrophysiology or EP is the management of cardiac arrhythmias. EP procedures are performed by physicians specializing in prevention, diagnosis and treatment of heart rhythm disorders. Arrhythmia treatment may include ablation, pacemaker insertion or implantable cardioverter-defibrillator insertion.









Net Worth



# Operating Margins of the Top Insurers



**Operating Margins of the Top Insurers, 2003 – 2005**

Source: Hoovers. Data from January 2007. Link: www.hoovers.com.
(1) 2004 operating margin data for WellPoint include both pre- and post-merger data for the merger with Anthem in November 2004

61

All Rights Reserved © Kaufman Strategic Advisors, LLC  N8@kaufmansa.com  (858) 487-9771 (M07FvsFv8.ppt)



# Headline News

**Expansion, indigent care drive hospital increase**

Macon Telegraph

**Medicare Cuts to Be Painful**

*Wall Street Journal*
February 06, 2007

**Gwinnett County OKs $25 million for hospital**

Gwinnett Daily Post
11/22/2006

**Hospitals face escalating cost for charity care**

The Recorder

**Gwinnett Medical cuts costs by eliminating 72 jobs**

*Atlanta Journal-Constitution*
June 30, 2007

**Grady Bleeds; find Rx**

*Atlanta Journal-Constitution*
August 11, 2006

**Bibb commissioners struggle with indigent care funding**

*Macon Telegraph*
May 2007



County Support of Regional Medical Centers 2005

Source: DCH Annual Hospital Survey, 2005

# No Burden to the Taxpayers

|  | **2002** | **2003** | **2004** | **2005** | **2006** |
|---|---|---|---|---|---|
| School Nurse Program | 151,000 | 430,000 | 393,000 | 371,000 | 639,000 |
| Prisoner Care |  | 301,000 | 963,000 | 574,000 | 1,183,000 |
| South Albany Convenient Care |  |  |  | 500,000 |  |
| Ad Valorum Taxes |  | 1,884,965 | 1,874,220 | 1,888,950 |  |
|  | 151,000 | 2,615,965 | 3,230,220 | 3,333,950 | 1,822,000 |

*Additional Funding Provided:*

- Drainage Commitment - $1,052,000
- Repayment to County of Millage Received ('97-'02) - $9,414,750





# School Nurse Program
## Students Served

Student Contacts

6 Middle Schools
5 High Schools
16 Elementary this year
**$2.07 million cost to date**

2007 Men's Health Conference
# Screening Resu

Abnormal / High Results found
in 460 men who participated





**Abnormal / High Results**

☐ Blood Pressure -- 183 @ 40%
☐ Glucose -- 132 @ 29%
■ Cholesterol, Borderline (under 240) -- 110 @ 24%
☐ Cholesterol, High (over 240) -- 46 @ 10%
☐ PSA -- 12 @ 3%



- 30-minute format

- More topics per show

- Broader reach



# FACILITY MASTERPLAN

- 1990 PLAN NEARING COMPLETION
- 2020 PLAN IN DEVELOPMENT
- EXTENSIVE RENOVATION .
- AVERAGE AGE OF PLANT BELOW PEERS
- NO KNOWN EQUIPMENT DEFICIENCIES
- LESS VISIBLE INFRASTURTURE IN PLACE
- INFO SYSTEM HOME STILL DEBATED



# Phoebe Medical Tower II

## View Facing West on Second Avenue



Location under contract

Westover Road south of
Gillionville Road intersection

Funding Goal:
**$7 million**

Total Funds Raised:
**$5.4 million**



Employees contributed:
**$900,000**



**Free-standing inpatient
Hospice Facility to include:**

- 18-Private rooms
- Family kitchen & dining
- Well-equipped playroom
- Non-denominational chapel
- Library



North

Entry Allee

New
Parking

Phase 2

36  582 sf  B 1-Bedroom Units
24  660 sf  C 1-Bedroom Units
24  881 sf  D 2-Bedroom Units

**96 Total IL Units** (require 192 IL parking spaces)
Approximately 95,000 GSF

*Morningside*
Assisted Living







Foundation for the Future



# A Promise for the Future



New Medical Tower

New South Patient Tower

Future Specialty Tower

Existing Parking Deck – Expanded for Additional Capacity

Primary Care
is First

1996-2007
Family Medicine
Residency

Goal - 60/60 rule

# Medical College of Georgia



- First MCG off-site clinical campus
- Third and Fourth Year Medical Rotation

QUESTIONS?