**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA**

**ALBANY DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION and<br>THE STATE OF GEORGIA,<br><br>    Plaintiffs,<br> v.<br><br>PHOEBE PUTNEY<br>HEALTH SYSTEM, INC.,<br>PHOEBE PUTNEY MEMORIAL<br>HOSPITAL, INC.,<br>PHOEBE NORTH, INC.,<br>HCA INC.,<br>PALMYRA PARK HOSPITAL INC., and<br>HOSPITAL AUTHORITY OF ALBANY-<br>DOUGHERTY COUNTY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) No. 1:11CV58 (WLS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Plaintiff/Appellant Federal Trade Commission hereby gives notice that it appeals to the United States Court of Appeals for the Eleventh Circuit the Order on Plaintiffs' motion for preliminary injunction and Defendants' motions to dismiss, which was entered by this Court on June 27, 2011. A copy of the Order is attached to this notice.

1

Respectfully submitted this 28th day of June, 2011.

   s/Edward D. Hassi
EDWARD D. HASSI
Chief Litigation Counsel
PRIYA B. VISWANATH
Trial Counsel
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Ave., N.W.
Washington, DC 20580
Telephone: (202) 326-2470
Facsimile: (202) 326-2286
Email: ehassi@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th of June, 2011, I filed the foregoing with the Clerk of Court through the CM/ECF system which will automatically send electronic mail notification of such filing to the CM/ECF registered participants as identified on the Electronic Mail Notice List.

    s/Priya Viswanath
Priya B. Viswanath
Federal Trade Commission
600 Pennsylvania Ave, NW
Washington, D.C.
(202) 326-3070