IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

Filed at _@ 5:00 P_ M
_7/3_, 20_13_
_BCL_
Deputy Clerk, U.S. District Court
Middle District of Georgia

| | |
|---|---|
| FEDERAL TRADE COMMISSION and THE STATE OF GEORGIA, <br><br> Plaintiffs, <br><br> v. <br><br> PHOEBE PUTNEY HEALTH SYSTEM, INC., PHOEBE PUTNEY MEMORIAL HOSPITAL, INC., PHOEBE NORTH, INC., HCA INC., PALMYRA PARK HOSPITAL INC., and HOSPITAL AUTHORITY OF ALBANY-DOUGHERTY COUNTY, <br><br> Defendants. | No. 1:11-cv-58 (WLS) |

## ORDER

Plaintiff, the Federal Trade Commission, by its designated attorneys, filed a Motion for Leave to File an Amended Complaint Pursuant to Fed. R. Civ. P. 15(a)(2), and Memorandum of Law in Support thereof.

Whereas the Court has considered Plaintiff's motion and memorandum, THE COURT FINDS that Plaintiff has demonstrated, without objection, that good cause exists and justice requires the grant of leave to file the proposed amended complaint.

Therefore, Plaintiff's Motion is GRANTED.

SO ORDERED, this 3rd day of July 2013

_/s/ W. Louis Sands_
The Honorable W. Louis Sands
United States District Court Judge

9