IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

FILED at 5:30 P.M.
April 2, 2015
Courtroom Deputy/Scheduling Clerk
U.S. District Court
Middle District of Georgia

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> PHOEBE PUTNEY HEALTH ) <br> SYSTEM, INC., PHOEBE PUTNEY ) <br> MEMORIAL HOSPITAL, INC., ) <br> PHOEBE NORTH, INC., HCA INC., ) <br> PALMYRA PARK HOSPITAL, ) <br> INC. and HOSPITAL AUTHORITY ) <br> OF ALBANY-DOUGHERTY ) <br> COUNTY, ) <br> ) <br> Defendants. ) | CIVIL ACTION <br> FILE NO. 1-11-cv-00058-WLS |

### ORDER

Having reviewed the Plaintiff and Defendants' Joint Motion to Dismiss and Dissolve Injunction, it is hereby

ORDERED that the claims of Federal Trade Commission brought in the above captioned matter be and are hereby dismissed with prejudice, with each party bearing its own costs;

ORDERED that the stipulated preliminary injunction entered in this matter be dissolved effective immediately.

SO ORDERED, this 2nd day of April 2015

_W. Louis Sands_
The Honorable W. Louis Sands
United States District Court Judge

5